DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LANEY

No. 579P86.

Case below: 82 N.C. App. 592.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 6 January 1987.

STATE v. MASON

No. 704A86.

Case below: 83 N.C. App. 342.

Motion by Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 6 January 1987.

STATE v. MOORMAN

No. 577PA86.

Case below: 82 N.C. App. 594.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1986. Motion by the Attorney General to dismiss defendant's appeal for lack of substantial constitutional question allowed and petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 18 November 1986. Petition by defendant for writ of supersedeas and temporary stay denied 30 December 1986.

STATE v. NEWTON

No. 545A86.

Case below: 82 N.C. App. 555.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.